## Richmond

BROCKHURST C. EUSTICE AND JOAN M. EUSTICE v. JOHN Q. BINFORD, FLORENCE C. BINFORD, WILLIAM G. GAPCYNSKI, JANE GAPCYNSKI, HYMAN A. SCHWARTZ, CLARE SCHWARTZ, FRANK TAVENNER, ELIZABETH TAVENNER, CURTIS R. TRAVER AND HATTIE TRAVER.

June 14, 1971.

Record No. 7436.

Present, Snead, C.J., Carrico, Gordon, Harrison, Cochran and Harman, JJ.

*Richard C. Shadyac* (*Shadyac, Berg, Nolan & Sherman*, on brief), for appellants.

*Nancy Blair Viccellio*, for appellees.

*Decree affirmed* without opinion by equally divided Court.